

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00247-CV

Patrick **THOMAS**,
Appellant

v.

Janice Devon **DURR**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19981
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is VACATED, and this case is REMANDED to the trial court for the entry of a judgment in conformity with the meditated settlement agreement signed by the parties and their attorneys. *See* TEX. R. APP. P. 43.2(d) (allowing appellate courts to reverse the trial court's judgment and remand the case to the trial court for further proceedings). Costs of appeal are taxed against appellant. *See id*. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

SIGNED January 16, 2019.

_____
Irene Rios, Justice